IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANN MILLER,                          :
                                     :
                    Appellant,       :        CIVIL ACTION NO. 17-2895
                                     :
          v.                         :
                                     :        Bankruptcy No. 12-16015SR
GARY F. SEITZ,                       :        Adv. No. 16-448
                                     :
                    Appellee.        :

## ORDER

**AND NOW**, this 21st day of November, 2017, after considering the notice of appeal filed by the appellant, Ann Miller, from the June 21, 2017 order of United States Bankruptcy Judge Stephen Raslavich, which granted the appellee's motion for summary judgment (Doc. No. 1); and after considering the appellant's brief (Doc. No. 17), the appellee's brief (Doc. No. 30), the appellant's reply brief (Doc. No. 33), and the applicable bankruptcy court record; and after hearing oral argument on October 2, 2017; and for the reasons set forth in the separately filed memorandum opinion; accordingly, it is hereby **ORDERED** that the June 21, 2017 order of Judge Stephen Raslavich is **AFFIRMED**.[1]

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] The court separately considers Miller's pending motions for withdrawal of reference (Doc. No. 25) and relief from judgment (Doc. No. 26) and Seitz's motion to strike Miller's appellate brief and motions for withdrawal of reference and relief from judgment, to prohibit Miller and her attorney from filing future frivolous filings, for sanctions against Miller's attorney, and for damages for a frivolous appeal (Doc. No. 27).